LAW OFFICES OF DENISE E. WRIGHT
SBN 91169
5055 Wilshire Boulevard
Suite 202
Los Angeles, California 90036
Telephone (323) 938-2421

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 2:14-cv-06934-WDK-PLA** |
| Plaintiff, | **DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | DATE: 10/19/2015 |
| **David Oqueli Arevalo, et al.,** | TIME:10:00 a.m. |
| Defendants. | PLACE: TBD |
| | FOR: HONORABLE WILLIAM D. KELLER |

Defendants Sofia Rebolledo, David Oqueli Arevalo, Claudia Lizeth Henriquez submit this statement of genuine issues pursuant to Central District of California Local Rule 56-2 in opposition to the motion for summary judgment herein filed by Plaintiff J&J Productions,Inc.

Facts 1 through 12 below correspond to the facts and supporting evidence in the Statement of Uncontroverted Facts filed by the moving party. These facts are followed by additional material facts and supporting evidence showing a genuine issue.

| Plaintiff's Uncontroverted Facts and Conclusion of Law | Defendants' Uncontroverted Facts and Conclusions Law |
|---|---|
| 1. A Sports "Program"-"The One" Floyd Mayweather,Jr. v. Saul Alvarez WBC Light Middleweight Champions Fight Program was telecast nationwide via closed circuit television on Saturday, September 14, 2013(hereinafter the "Program"). Plaintiff was granted the exclusive commercial distribution rights to the Program. | 1. Defendants agree this is undisputed |
| 2. At all times relevant hereto, Defendant Sofia Rebolledo, individually and d/b/a Playas de Acapulco a/k/a Restaurant Playa DeAcapulco was the owner and operator of Playas De Acapulco aka Restaurant Playa De Acapulco, operating at 10828 Atlantic Avenue, Lynwood, CA  92062. | 2. Defendants agree this is undisputed |
| 3. At all times relevant hereto, Defendatns David Oqueli Arevalo and Claudia Lizeth Henriquez, both individually and d/b/a Playas De Acapulco aka restaurant Playa De Acapulco were owners and/or operators of Playas De Acapulco a/k/a Restaurant Playa De Acapulco, operating at 10828 Atlantic Avenue, Lynwood, CA 92062. | 3. Defendants Henriquez and Arevalo never were, and are not owners/operators of Playas de Acapulco aka Restaurante Playa de Acapulco(answers DKT numbers 12,13)Declarations of Arevalo, Henriquez and Rebolledo |
| 4. Defendants Rebolledo, Arevalo, and Henriquez(hereinafter collectively "Defendants")intercepted, received, and/or exhibited the Program at Playas De Acapulco a/k/a Restaurant Playa de Acapulco. | 4. Disputed. Defendants Henriquez and Arevalo never were, and are not owners/operators of Playas de Acapulco aka Restaurante Playa de Acapulco(answers DKT numbers 12,13)Declarations of Arevalo, Henriquez and Rebolledo |
| 5. The Program was broadcast at Playas de Acapulco on September 14, 2013. | 5. Defendants agree. This is undisputed. |
| 6. Plaintiff did not authorize Defendants to broadcast the | 6. Defendants agree.  This is undisputed |

| | |
|---|---|
| Program at their commercial establishment. Defendants never purchased a commercial license from Plaintiff. It was not possible for Defendants to broadcast the Program lawfully at their commercial establishment without the authorization of Plaintiff. | |
| 7. Defendants did not pay the commercial licensing fee to Plaintiff to broadcast the Program | 7. Defendants agree. This is undisputed |
| 8. The Program was received and exhibited at Playas De Acapulco a/k/a Restaurant Playa De Acapulco via satellite technology. | 8. Defendants agree. This is undisputed |
| 9. The commercial licensing fee for an establishment the size of Playas De Acapulco a/k/a Restaurant Playa De Acapulco was $2,200.00. | 9. Defendants agree. This is undisputed |
| 10. U.S.C. §§605 and 553 are strict liability statutes | 10. Defendants agree. This is undisputed |
| 11. Plaintiff is an aggrieved party within the meaning of both 47 U.S.C. §§605 and 553. | 11. Defendants agree. This is undisputed |
| 12. The unlawful interception of Plaintiff's Program gives rise to a conversion cause of action and Defendants are liable to Plaintiff for conversion | 12. Defendants agree. This is undisputed |

Respectfully submitted,

Date: September 28, 2015       LAW OFFICES OF DENISE E. WRIGHT


DENISE ELIZABETH WRIGHT
ATTORNEY FOR DEFENDANTS, SOFIA
REBOLLEDO, DAVID OQUELI AREVALO.
CLAUDIA LIZETH HENRIQUEZ

Defendants' Statement of Uncontroverted Facts in Opposition to
Motion for Summary Judgment

Page 3

## PROOF OF SERVICE

CCP §1013A(3) Revised 5-1-88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5055 Wilshire Boulevard, Suite 202, Los Angeles, California 90036.

     On September 29, 2015 the foregoing document described as **DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSION OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Law Offices of Thomas P. Riley, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

[x] BY MAIL* - I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with he U.S postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing by affidavit.

[ ] BY PERSONAL SERVICE** - I caused such envelope(s) to be hand-delivered to the office of the addressee.

[ ] (State)    I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

[X] BY FACSIMILE I have transmitted the above described document to (626) 799-9795

    Executed on September 29, 2015 at Los Angeles, California.

MARITZA ARTIGA-CANALES
_____
   Type or Print Name                 Signature

\* By mail, signature must be of person depositing envelope in mail slot, box or bag.

\*\*By personal service, signature must be that of messenger.